---

SQUIRE, SANDERS & DEMPSEY (US) LLP
Mark C. Dosker (CA Bar No. 114789)
 e-mail: mark.dosker@ssd.com
Christopher D. Mays (CA Bar No. 266510)
 e-mail: christopher.mays@ssd.com
275 Battery Street, Suite 2600
San Francisco, CA 94111
Telephone: (415) 954-0200
Facsimile: (415) 393-9887

Attorneys for Plaintiff
CX INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CX INC. a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CLARINGTON CAPITAL GROUP LLC,<br>a Montana Corporation,<br><br>Defendant. | Case No. 11-cv-5191<br><br>**REQUEST TO BE ALLOWED TO APPEAR BY TELEPHONE AT INITIAL CASE MANAGEMENT CONFERENCE**<br><br>AND<br><br>**[PROPOSED] ORDER GRANTING REQUEST TO BE ALLOWED TO APPEAR BY TELEPHONE AT INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Date: December 13, 2011<br>Time: 2:00 p.m.<br>Place: Courtroom 5, 4th Floor |

Counsel for Plaintiff CX Inc. ("Plaintiff" or "CX") respectfully submits this request to be allowed to appear by telephone at the initial case management conference on December 13, 2011. Plaintiff's counsel had planned to appear in person, and for that reason did not submit this request prior to the normal deadline for doing so. But earlier this week, Plaintiff's counsel fell and suffered a fractured foot and a severely sprained ankle. Thereafter, Plaintiff's counsel was not immediately mobile, and after medical treatment is now required to use a prescription brace boot and is able to walk only very slowly and only using a cane or crutches. Plaintiff's counsel resides in the North Bay, and his office is in San Francisco.

1  Plaintiff's counsel respectfully submits that Defendant will not be inconvenienced if
2  Plaintiff's counsel is allowed to appear by telephone on December 13, 2011.  As more fully stated
3  in Plaintiff's Initial Case Management Statement, Defendant has not responded to the complaint
4  and has not otherwise communicated with Plaintiff's counsel and therefore presumably Defendant
5  will not be attending the Initial Case Management Conference.

6  Accordingly, Plaintiff's counsel respectfully requests the Court to allow him to appear by
7  telephone for the December 13, 2011 Case Management Conference.

9  Dated: December 8, 2011         Respectfully submitted,

10                                  SQUIRE, SANDERS & DEMPSEY (US) LLP

12                                  By:     */s/ Mark C. Dosker*
                                            Mark C. Dosker
13                                  Attorneys for Plaintiff
                                    CX INC.

1 **ORDER**

2  The request by Plaintiff's counsel to appear by telephone at the December 13, 2011 Case

3 Management Conference is hereby GRANTED.

4  IT IS SO ORDERED.

5

6  Dated: December  9, 2011                              _____
                                                         United States Magistrate Judge